```
                                        FILED

                                    07 OCT 17 AM 9:32

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**07CR2882—BEN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| GUILLERMO BARRETO-ORTIZ (1), MAGDALENA MAULEON (2), | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Guillermo Barreto-Ortiz, et al.</u>, Criminal Case No. 07CR2397-BEN.

DATED: October 17, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ Joseph J.M. Orabona*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney