1    SCHROTH & SCHROTH
     ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
2    ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
     2044 First Avenue, Suite 200
3    San Diego, California 92101
     Telephone: (619) 233-7521
4    Facsimile:  (619) 233-4516

5    Attorney for Defendant: MAGDALENA MAULEON

6
                    **UNITED STATES DISTRICT COURT**
7
                  **SOUTHERN DISTRICT OF CALIFORNIA**
8
                       (Hon. Roger T. Benitez)
9

10

11   UNITED STATES OF AMERICA,          )  Criminal Case No.:     07CR2882-BEN
                                        )  Magistrate Case No.:   07CR1749-AJB
12                 Plaintiff,           )
                                        )  **NOTICE OF MOTION AND MOTION**
13         vs.                          )  **FOR**
                                        )  **1) PRESERVATION OF EVIDENCE;**
14   GUILLERMO BARRETO-ORTIZ (1),       )  **2) MOTION FOR DISCOVERY;**
     MAGDALENA MAULEON (2),             )  **3) SEVERANCE OF DEFENDANTS;**
15                                      )  **4) SUPPRESSION OF STATEMENTS;**
                                        )  **5) FILE ADDITIONAL MOTIONS;**
16                 Defendant.           )  **6) JOINDER**
     ─────────────────────────────────
17
                                           Date:    December 3, 2007
18                                         Time:    2:00 p.m.
                                           Judge:   Hon. J. Benitez
19

20        **TO UNITED STATES ATTORNEY KAREN P. HEWITT, ASSISTANT UNITED**

21   **STATES ATTORNEY JOSEPH ORABONA:**

22        NOTICE IS HEREBY GIVEN that on December 3, 2007, at 2:00 p.m., or as soon

23   thereafter as the matter may be heard, in the courtroom of Honorable Judge Hon. Roger T.

24   Benitez of this court, located at 940 Front Street, San Diego, California, 92101, Defendant,

25

26   Magdalena Mauleon, by and through his attorney of record, Robert E. Schroth Sr, will move the

27   court for an Order granting the following motions: 1) to compel and preserve evidence; and 2)

28
                                    - 1 -

     NOTICE OF MOTION AND MOTION FOR DISCOVERY

1  motion for discovery; and 3) severance of defendants and 4) suppression of statements and 5)

2  leave to file additional motions and 6) a joinder.

3

4

5                                         **MOTION**

6          The defendant Magdalena Mauleon, by and through her counsel, Robert E. Schroth, Sr.,

7  pursuant to United States Constitution, Fed. R. Crim. Proc., Rules 8 and 14, and applicable case

8  law and local rules, moves this Court for an Order: 1) to compel and preserve evidence; and 2)

9  motion for discovery; and 3) severance of defendants and 4) suppression of statements and 5)

10 leave to file additional motions and 6) a joinder.

11         These motions are based upon the instant Motions and Notice of Motions, the attached

12 Statements of Facts and Memorandum of Points and Authorities, the files and records in the

13 above-captioned matter, and any and all other materials which may be brought to this Court*s

14 attention prior to or during the hearing on these motions.

15 Respectfully   Submitted   this   19th   day   of
16 November, 2007.

17                                         **SCHROTH & SCHROTH**

18

19                                 By:____s/ Robert Schroth Sr._____
                                        ROBERT E. SCHROTH, Sr.
20                                      Attorney for Defendant

21

22

23

24

25

26

27

28

-------

                                         - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR DISCOVERY

U. S.  v.  BARRETO et. al.