Re: <u>USA v. Barreto et al</u>
Criminal Case No.:    07 CR 1983 - WQH
Magistrate Case No.:    05 MG 8605

## PROOF OF SERVICE BY MAIL

### STATE OF CALIFORNIA COUNTY OF SAN DIEGO

I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

On November 19, 2007, I served the following document(s) described as:

NOTICE OF MOTION AND MOTION FOR
1) PRESERVATION OF EVIDENCE;
2) MOTION FOR DISCOVERY;
3) SEVERANCE OF DEFENDANTS;
4) SUPPRESSION OF STATEMENTS;
5) FILE ADDITIONAL MOTIONS;
6) JOINDER

Action by ECF:

Joseph Orabona, Assistant United States Attorney

Mark Chambers, Attorney for Barreto-Ortiz

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    s/ Robert Schroth
Robert Schroth

Robert E. Schroth Jr., Esq.-
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 233-7521