AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MAGDALENA MAULEON (2)

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2882-BEN

I, Magdalena Mauleon, the above-named defendant, who is accused of committing the following offense:

Possession of Firearm in Furtherance of a Drug Trafficking Offense, in violation of Title 18, United States Code Section 924(c)(1)(A)(i) and (C)(i), and Aiding and Abetting, in violation of Title 18, United States Code Section 2 (Felony);

being advised of the nature of the charges, the proposed Superseding Information, and of my rights, hereby waive in open court on 06-27-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Magdalena Mauleon_
Defendant

_[signature]_
Christian De Olivas, Esq.
Defense Counsel

Before _[signature]_
Judicial Officer