AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MAGDALENA MAULEON (2) | CASE NUMBER: <u>08CR2882-BEN</u> |

I, Magdalena Mauleon, the above-named defendant, who is accused of committing the following offense:

Possession of Firearm in Furtherance of a Drug Trafficking Offense, in violation of Title 18, United States Code Section 924(c)(1)(A)(i) and (C)(i), and Aiding and Abetting, in violation of Title 18, United States Code Section 2 (Felony);

being advised of the nature of the charges, the proposed Superseding Information, and of my rights, hereby waive in open court on 7-07-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

<u>Magdalena Mauleon</u>
Defendant

<u>/s/</u>
Christian De Olivas, Esq.
Defense Counsel

Before <u>/s/</u>
Judicial Officer